# GARY L. COOPER

610 SALEM AVE APT D-12
ELIZABETH NJ 07208

U.S. DISTRICT COURT

2010 FEB 23  A 9: 10

FEBRUARY 22, 2010

TO : FRANK J MARTONE, P.C AND UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

RE : RESPONSE TO CIVIL ACTION # 2:10-CV-00670-FSH-PS

I GARY L COOPER DISAGREE WITH THE COMPLAINT FILED BY PLAINTIFF FOR THE FOLLOWING :

1) I FILED LOAN DISCHARGE APPLICATION SCHOOL CLOSURE FORM MANY TIMES SINCE 1990 FOR REASONS THE PARALEGAL INSTITUTE CLOSED BEFORE I FINISHED THE COURSE.

2) MONIES WERE TAKEN FROM MY FEDERAL TAXES FOR MANY YEARS TO OFFSET THE AMOUNT THEY CLAIMED I OWED.

3) AT THIS TIME I HAVE REQUESTED AN ANSWER FROM THE DEPARTMENT OF EDUCATION ON WHY THEY BELIEVE THAT THIS AMOUNT IS OWED TO THEM WHICH BY LAW IF A SCHOOL CLOSE WHILE YOU ARE ATTENDING YOU AR NOT LIABLE FOR THE LOAN. ALSO I HAVE RESUBMITTED AN LOAN DISCHARGE APPLICATION (SCHOOL CLOSURE) AT THIS TIME I REQUESTING INFORMATION FROM THE I.R.S ON THE AMOUNT OF MONIES THAT WAS WITHHELD FROM MY FEDERAL TAXES. ONCE I OBTAIN THIS PAPERWORK I WILL FORWARD THEM TO YOUR OFFICE.

THIS IS MY ANSWER TO SAID COMPLAINT ONCE I RECEIVE ANY FURTHER INFORMATION I WILL FORWARD THEM TO YOUR OFFICE AND THE COURT. THANK YOU IN ADVANCE FOR YOUR HELP.

*[signature]*

GARY L. COOPER

**GARY COOPER**
**610 SALEM AVE APT D-12**
**ELIZABETH NJ 07208**

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7009 0820 0000 3868 7682

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
50 WALNUT STREET-ROOM 4015
NEWARK, NJ 07101

0710233599 C014

U.S. POSTAGE PAID
ELIZABETH, NJ 07208
FEB 22, 10
AMOUNT
$5.54
00024858-04

U.S. DISTRICT COURT
2010 FEB 23  A 10

